CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
JUN 20 2005
JOHN F. CORCORAN, CLERK
BY: H McDonald
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| LEON MARTIN, # 109323, ) | |
| Petitioner, ) | Civil Action No. 7:05cv00091 |
| ) | |
| v. ) | **FINAL ORDER** |
| ) | |
| GENE JOHNSON, DIRECTOR, ) | |
| VDOC, ) | By: Jackson L. Kiser |
| Respondent. ) | Senior U.S. District Judge |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

that respondent's motion to dismiss shall be and is hereby **GRANTED**; the petition for habeas corpus, pursuant to 28 U.S.C. §2254, shall be and hereby is **DISMISSED**; all other pending motions are hereby **DENIED**; and the action is hereby stricken from the active docket of the court.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to petitioner and to counsel of record for the respondent.

ENTER: This 20th day of June, 2005.

/s/ Jackson L. Kiser
Senior United States District Judge